# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA


FILED
AUG 20 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| United States of America<br>v.<br>MEGAN MONTOYA,<br>Defendants. | Case No. 18-mj-70719-MAG-1 (KAW)<br><br>Charging District: Southern District of New York<br><br>Charging District's Case No.: 18-CR-339 PAC |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: US District Court<br>Southern District of New York<br>500 Pearl St.<br>New York, NY 10007 | Courtroom No.: |
|---|---|
| | Date and Time: December 11, 2018 11:30 AM |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: 8/20/18

_____
Kandis A. Westmore
United States ~~District~~ Magistrate Judge